IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT FLEMING, JOHN OESTREICH, and DEREK EDWARDS, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:08-CV-100 |
| vs. | § § § | |
| FRISCO FAMILY SERVICES CENTER, INC. | § § § | Jury Demanded |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On this __13__ day of __November__ 2008, came on to be heard in the above-entitled and numbered cause, Plaintiffs' Unopposed Motion to Dismiss Plaintiff Derek Edwards as a Party to This Suit. Having considered the pleadings and Plaintiffs' Motion, it appears to this Court that Plaintiffs' Motion [de # 28] should in all things be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Plaintiff Derek Edwards is hereby dismissed as a Plaintiff in the above-captioned case. This Order granting the Plaintiffs' Motion to Dismiss does not dismiss any claims asserted by Plaintiffs Robert Fleming and John Oestreich against Defendant Frisco Family Services Center, Inc.

The Clerk is **ORDERED** to re-caption the instant litigation as "Robert Fleming and John Oestreich v. Frisco Family Services Center, Inc."

**SIGNED this the 13th day of November, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE