IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT FLEMING, JOHN OESTREICH, | § | |
| & DEREK EDWARDS | § | |
| | § | |
| VS. | § | Case No. 4:08cv100 |
| | § | |
| FRISCO FAMILY SERVICES CENTER, | § | |
| INC. | § | |

## ORDER ON CLOSING DOCUMENTS

The court has been advised by the parties through their attorneys that all claims in the above-styled civil action have been settled. Therefore, it is **ORDERED** that, on or before *February 17, 2009*, all parties shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court. If such papers are not received by the court by the scheduled deadline, the court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the court may enter such orders as are just and necessary to insure prompt resolution of this case.

**SIGNED this the 15th day of January, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE